# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Canal Insurance Co,

                Plaintiff(s),       Case Number: 10-CV-411-JHP-TLW

vs.                                                 Proceeding: Scheduling Conference

Montello, Inc.,                            Date: 4-4-2011

                Defendant(s).     Court Time: 1:30 p.m.

### MINUTE SHEET

James H. Payne, U.S. District Judge      P. Lynn, Deputy Clerk      No Reporter

Counsel for Plaintiff: Jim Rogers

Counsel for Defendant: Andrew Hartman, Jack Moore, Brian Coffey, Don Vaught, Richard Ford, Paula Jantzen, Charles Morrissey, Jason Seay, Roger Butler

Minutes: Case called for Scheduling Conference. Case discussed in detail. Court will rule on pending motions/issues and then set additional scheduling conference.

Discovery deadline set for 7/29/2011, except as to Hartford and National Indemnity

Motions due 8/15/2011, Responses due 8/31/2011, Replies due 9/14/2011

Court Time

3:35-4:30