# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Canal Insurance Company,

                    Plaintiff(s),       Case Number: 10-CV-411-JHP-TLW

vs.                                            Proceeding: Scheduling Conference

Montello, Inc.,                          Date: 2-25-2013

                    Defendant(s).      Court Time: 11:00 a.m.

## MINUTE SHEET

James H. Payne, U.S. District Judge      P. Lynn, Deputy Clerk      No Reporter

Counsel for Plaintiff: William Rogers

Montello: Andrew Hartman, Jack Moore

Hartford Fin:  Charles Morrissey, Roger Butler

Houston General: Ryan Harper

Continental Casualty: Paula Jantzen

Scottsdale Ins: Rodney Cook

Minutes: Case called for scheduling conference.  Case discussed in detail.

4/2/13 Insurers' Joint motion for summary judgment on home insolvency issues

4/9/13 - Insurers to file joinders to motion with unique arguments and attaching individual insurance policies

5/7/13 - Montello's responses to the joint motion and individual joinders due

6/5/13 - Joint reply to motion and joinder replies due.

Joint status report discussed.  Scottsdale to confirm or deny reinsurer's status  by 3/4/13.

Continental to file motion for 54(b)  by 3/4/13.  Responses by 3/11/13.  Replies by 3/20/13.

---
Court Time

11:05-12:10